UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

REBEKAH T. BEAL,

    Plaintiff,                               Case No. 20-cv-10541
                                                      Hon. Matthew F. Leitman

v.

EXPERIAN, et al.,

    Defendants.

_____/

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, as to the last remaining Defendant, Consumer Portfolio Services, Inc., this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                 s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: July 8, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 8, 2021, by electronic means and/or ordinary mail.

                                                 s/Holly A. Monda
                                               Case Manager
                                               (810) 341-9764